BOBBY GHAJAR (SBN 198719)
Bobby.ghajar@pillsburylaw.com
MARK LITVACK (SBN 183652)
Mark.litvack@pillsurylaw.com
MARCUS D. PETERSON (SBN 265339)
Marcus.peterson@pillsburylaw.com
PILLSBURY WINTHROP SHAW PITTMAN LLP
725 South Figueroa Street, Suite 2800
Los Angeles, CA 90017-5406
Telephone: (213) 488-7100
Facsimile: (213) 629-1033
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| CREATIVE THINKERS, INC, a Canadian Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>CHRIS MANZO, an Individual; ALBIE MANZO, an Individual; CHRIS LAURITA, an Individual. BLK BRANDS, LLC, a New York Limited Liability Company; JACQUELINE WILKIE, an Individual; LOUISE WILKIE, an Individual; CE ORGANICS, a Canadian Company of unknown structure; ECLIPSE CONCEPTS, INC., a Canadian Corporation;<br><br>Defendants. | No. SACV11-1932 AG (JPRx)<br><br>NOTICE OF INTERESTED PARTIES BY PLAINTIFF, CREATIVE THINKERS, INC.<br><br>(L.R. 7.1-1) |

Pursuant to L.R. 7.1-1, Plaintiff Creative Thinkers, Inc. ("Creative Thinkers") hereby submits its Notice of Interested Parties for Complaint against Defendants.

The undersigned, counsel of record for Creative Thinkers, Inc., certifies that the following listed parties may have a pecuniary interest in the outcome

of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

Blackwater Innovations Corp. is a Canadian corporation headquartered in Vancouver, B.C., Canada.

Ivan Solomon is an individual who is domiciled and resides in Vancouver, B.C., Canada.

Gordon Jung is an individual who is domiciled and resides in Vancouver, B.C., Canada.

All three parties are defendants/counter-claimants/third-party plaintiffs in a case currently before this Court, No. 2:11-cv-06378-GW –SS, against defendants in this matter, arising out of the same case or controversy, and involving common questions of fact and law.

Dated: December 15, 2011.

PILLSBURY WINTHROP SHAW PITTMAN LLP
BOBBY GHAJAR
MARK LITVACK
MARCUS PETERSON
725 South Figueroa Street, Suite 2800
Los Angeles, CA 90017-5406

By _____

Attorneys for Plaintiff
CTI