*MADE JS-6*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CREATIVE THINKERS, INC., | CASE NO.: SACV 11-1932-GW(SSx) |
| *Plaintiff,* | **ORDER DISMISSING ACTION** |
| vs. | |
| CHRIS MANZO, et al., | |
| *Defendants.* | |

Pursuant to the Order filed in the case entitled <u>BLK Brands, LLC v. Blackwater Innovations, Corp., et al.</u>, Case No. CV 11-6378-GW(SSx), filed on January 25, 2012, IT IS HEREBY ORDERED that the above-entitled action is hereby dismissed without prejudice.

DATED: January 25, 2012

_____
HONORABLE GEORGE H. WU
UNITED STATES DISTRICT COURT JUDGE

1